UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIAM MORRIS HICKS, JR., AND
MOTHER WYLENE,

Plaintiffs,

-vs-                                                                Case No. 6:05-cv-1646-Orl-18KRS

USDA RURAL DEVELOPMENT,

Defendant.

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

On November 3, 2005, William Morris Hicks, Jr., and "Mother Wylene," appearing *pro se*, filed a complaint against USDA Rural Development (USDA), doc. no. 1, along with a motion for leave to proceed *in forma pauperis*, doc. no. 2.[1] Pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court is required to consider whether the plaintiffs' complaint is frivolous, malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. *See, e.g., Hamaas v. State of Florida*, No. 305CV771J99HTS, 2005 WL 2063787, at *1 (M.D. Fla. Aug. 22, 2005) (noting that "28 U.S.C. § 1915(e)(2)(B) is not limited to prisoners, but applies to all persons proceeding *in forma pauperis*.").

---

[1] I note that "Mother Wylene" did not submit an application to proceed without prepayment of fees in this matter. In addition, Hicks' application to proceed without prepayment of fees is incomplete and deficient in many respects. *See* Doc. No. 2.